■ In the Matter of the Arbitration between Balboa Insurance Company, Appellant, and Gerald Herbin, Respondent.—Appeal from order, Supreme Court, Bronx County, entered on May 2, 1975, denying petitioner's motion to resettle a prior order of the court, unanimously dismissed, without costs and without disbursements. A motion to resettle, such as this,

is nonappealable. (7 Weinstein-Korn-Miller, par 5701.25; *Banat v Banat,* 41 AD2d 960.) Concur—Markewich, J. P., Kupferman, Murphy, Tilzer and Capozzoli, JJ.